Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| JAVIER TORRES RODRÍGUEZ<br><br>RECURRIDO<br><br>V.<br><br>JESSICA OLIVERAS CRUZ<br><br>PETICIONARIA | TA2026CE00431 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil Núm.: BY2023CV04939<br><br>Sobre: División de Comunidad de Bienes |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz, y la juez Aldebol Mora

**Brignoni Mártir, Juez Ponente**

### RESOLUCIÓN

.
En San Juan, Puerto Rico, a 10 de abril de 2026.

Tras examinar la *Petición de Certiorari* y la *Moción en Auxilio de Jurisdicción*, ambas instadas por la peticionaria, Jessica Oliveras Cruz, el 9 de abril de 2026, prescindimos de la comparecencia del recurrido, Javier Torres Rodríguez, de conformidad a lo establecido en la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 13-15, 215 DPR ____ (2025). Además, declaramos *No Ha Lugar* la *Moción en Auxilio de Jurisdicción.* A su vez, al amparo de la discreción que nos asiste para evaluar los recursos de *certiorari,* resolvemos no intervenir en los méritos de la determinación recurrida. Esta etapa de los procedimientos no es la más propicia para que este Tribunal considere e intervenga en el asunto que la peticionaria nos invita a revisar. Por lo tanto, al amparo de la Regla 40 del Tribunal de Apelaciones, *denegamos* la expedición del auto de *certiorari*, presentado por la peticionaria. Véase, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 63, 215 DPR ____ (2025).

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones